Camperlino v Bargabos (2018 NY Slip Op 04459)





Camperlino v Bargabos


2018 NY Slip Op 04459


Decided on June 15, 2018


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on June 15, 2018
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CARNI, LINDLEY, AND WINSLOW, JJ.


630 CA 17-01005

[*1]W. JAMES CAMPERLINO, PLAINTIFF-RESPONDENT,
v
DAN E. BARGABOS AND KENWOOD HOMES, INC., DOING BUSINESS AS HERITAGE HOMES, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 






PAPPAS, COX, KIMPEL, DODD & LEVINE, P.C., SYRACUSE, D.J. & J.A. CIRANDO, ESQS. (JOHN A. CIRANDO OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
LONGSTREET & BERRY, LLP, FAYETTEVILLE (MICHAEL LONGSTREET OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 


 Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered July 29, 2016. The order denied defendants' motion to preclude plaintiff from offering certain evidence at trial. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Heyward v Shanne, 114 AD3d 1212, 1213 [4th Dept 2013]).
Entered: June 15, 2018
Mark W. Bennett
Clerk of the Court